1  Mark E. Merin (State Bar No. 043849)
   Paul H. Masuhara (State Bar No. 289805)
2  LAW OFFICE OF MARK E. MERIN
   1010 F Street, Suite 300
3  Sacramento, California 95814
   Telephone:    (916) 443-6911
4  Facsimile:    (916) 447-8336
   E-Mail:       mark@markmerin.com
5                paul@markmerin.com
6
   Yolanda Huang (State Bar No. 104543)
7  LAW OFFICES OF YOLANDA HUANG
   499 14th Street, Suite 300
8  Oakland, California 94612
   Telephone:     (510) 839-1200
9  Facsimile:     (510) 444-6698
   E-Mail:        yhuang.law@gmail.com
10
   Attorneys for Plaintiffs
11 K.F. and L.F.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| L.F., a minor, by and through Danisha Brown, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> CITY OF STOCKTON, et al., <br> Defendants. | Case No. 2:17-cv-01648-KJM-DB <br><br> **ORDER GRANTING PLAINTIFF K.F.'S *EX PARTE* MOTION TO APPOINT GUARDIAN <u>AD</u> <u>LITEM</u>** |

Pursuant to Fed. R. Civ. P. 17(c)(2) and E.D. Cal. L.R. 202(a), the Court hereby GRANTS Plaintiff K.F.'s *ex parte* motion for appointment of a guardian <u>ad</u> <u>litem</u>. The Court finds that the appointment of Danisha Brown, Plaintiff K.F.'s mother, is appropriate and in the best interest of Plaintiff K.F. Accordingly, the Court hereby appoints Danisha Brown as guardian <u>ad</u> <u>litem</u> for Plaintiff K.F., for the purposes of this action.

IT IS SO ORDERED.

DATED: August 11, 2017.

_____
UNITED STATES DISTRICT JUDGE

1