Mark E. Merin (State Bar No. 043849)
Paul H. Masuhara (State Bar No. 289805)
LAW OFFICE OF MARK E. MERIN
1010 F Street, Suite 300
Sacramento, California 95814
Telephone: (916) 443-6911
Facsimile: (916) 447-8336
E-Mail: mark@markmerin.com
paul@markmerin.com

Yolanda Huang (State Bar No. 104543)
LAW OFFICES OF YOLANDA HUANG
499 14th Street, Suite 300
Oakland, California 94612
Telephone: (510) 839-1200
Facsimile: (510) 444-6698
E-Mail: yhuang.law@gmail.com

Attorneys for Plaintiffs
L.F. and K.F.

MAYALL, HURLEY, P.C.
A Professional Corporation
2453 Grand Canal Boulevard, Second Floor
Stockton, California 95207-8253
Telephone (209) 477-3833
MARK E. BERRY, ESQ.
CA State Bar No.155091

Attorneys for Defendants
CITY OF STOCKTON, STOCKTON POLICE DEPARTMENT, ERIC T. JONES, and DAVID WELLS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| L.F., et al.,<br><br>   Plaintiffs,<br><br>vs.<br><br>CITY OF STOCKTON, et al.,<br>   Defendants. | Case No. 2:17-cv-01648-KJM-DB<br><br>**STIPULATION FOR EXTENSION OF TIME FOR FILING OF FED. R. CIV. P. 12(f) MOTIONS; [PROPOSED] ORDER** |

Pursuant to E.D. Cal. L.R. 143 and 144, the parties, Plaintiffs L.F. and K.F. (collectively, "Plaintiffs") and Defendants City of Stockton, Stockton Police Department, Eric T. Jones, and David

1

**STIPULATION FOR EXTENSION OF TIME FOR FILING OF FED. R. CIV. P. 12(f) MOTIONS**
*L.F. v. City of Stockton*, United States District Court, Eastern District of California, Case No. 2:17-cv-01648-KJM-DB

Wells (collectively, "Defendants"), stipulate to a 7-day extension of time for the filing of Fed. R. Civ. P. 12(f) motions in relation to Defendants' responsive pleadings, ECF Nos. 13, 14, and 15.

## **STATEMENT OF RELEVANT FACTS**

On September 29, 2017, Defendants filed their currently-operative First Amended Answers. *See* ECF Nos. 13, 14, and 15. Plaintiffs sought from Defendants the withdrawal or amendment of the affirmative defenses alleged therein, pursuant to Fed. R. Civ. P. 12(f). A party is obligated to file a Fed. R. Civ. P. 12(f) motion "within 21 days after being served with the pleading" to be challenged. *See* Fed. R. Civ. P. 12(f)(2). Accordingly, by regular operation of the Rule, Plaintiffs must file Fed. R. Civ. P. 12(f) motions to strike the affirmative defenses from Defendants' pleadings by October 20, 2017.

Pursuant to the Court's Order, ECF No. 3-1 at 3:13-22, the parties' counsel have engaged in extensive meet and confer efforts, including written correspondences and a telephonic conference, concerning the affirmative defenses alleged in Defendants' currently-operative First Amended Answers. Those efforts remain ongoing, as of this date.

## **STIPULATION**

The parties hereby stipulate that Plaintiffs shall receive a 7-day extension of time to file Fed. R. Civ. P. 12(f) motions to strike the affirmative defenses alleged in Defendants' currently-operative First Amended Answers, ECF Nos. 13, 14, and 15. By application of this extension, Plaintiffs shall file their Fed. R. Civ. P. 12(f) motions by October 27, 2017.

IT IS SO STIPULATED.

Dated: October 20, 2017    LAW OFFICE OF MARK E. MERIN

/s/ Mark E. Merin

By: _____
Mark E. Merin
Attorney for Plaintiffs

Dated: October 20, 2017    MAYALL, HURLEY, P.C.

/s/ Mark E. Berry
(as authorized on October 20, 2017)
By: _____
Mark E. Berry
Attorney for Defendants

2

## ORDER

The parties stipulate that Plaintiffs shall receive a 7-day extension of time to file Fed. R. Civ. P. 12(f) motions to strike the affirmative defenses alleged in Defendants' currently-operative First Amended Answers, ECF Nos. 13, 14, and 15. By application of this extension, Plaintiffs shall file their Fed. R. Civ. P. 12(f) motions by October 27, 2017.

IT IS SO ORDERED.

Dated: October 23, 2017.

_____
UNITED STATES DISTRICT JUDGE

3

**STIPULATION FOR EXTENSION OF TIME FOR FILING OF FED. R. CIV. P. 12(f) MOTIONS**
*L.F. v. City of Stockton*, United States District Court, Eastern District of California, Case No. 2:17-cv-01648-KJM-DB