1  **MAYALL, HURLEY, P.C.**
   A Professional Corporation
2  2453 Grand Canal Boulevard, Second Floor
   Stockton, California 95207-8253
3  Telephone (209) 477-3833
   MARK E. BERRY, ESQ.
4  CA State Bar No. 155091

5  Attorneys for Defendants,
   CITY OF STOCKTON;
6  STOCKTON POLICE DEPARTMENT;
   ERIC T. JONES; and
7  DAVID WELLS

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| L.F., A MINOR, BY AND THROUGH DANISHA BROWN, AND K.F., A MINOR, BY AND THROUGH DANISHA BROWN,<br><br>　　　　　　　Plaintiffs,<br><br>vs.<br><br>CITY OF STOCKTON, STOCKTON POLICE DEPARTMENT ; ERIC T. JONES ; DAVID WELLS, et al.,<br><br>　　　　　　　Defendants. | No. 2:17-CV-01648-KJM-DB<br><br>ORDER FOR CONSOLIDATION |
| M.C.F., by and through his Guardian ad Litem ELIZABETH CASAS BAUTISTA, individually and as successor-in-interest to Decedent COLBY FRIDAY; K.S.F., by and through her Guardian ad Litem, ELIZABETH CASAS BAUTISTA, individually and as successor-in-interest to Decedent COLBY FRIDAY; THE ESTATE OF COLBY FRIDAY, by and through its personal representative DENISE FRIDAY HALL,<br><br>　　　　　　　Plaintiffs,<br><br>vs.<br><br>CITY OF STOCKTON, STOCKTON POLICE DEPARTMENT ; ERIC T. JONES; DAVID WELLS, et al.,<br><br>　　　　　　　Defendants. | No. 2:17-CV-02038-KJM-DB |

Order for Consolidation
Page 1

Pursuant to the stipulation of the parties and Fed Rule Civ. Proc. 42(a), *L.F., et al. v. City of Stockton, et al., Case* No. 2:17-cv-01648 KJM DB, and *M.C.F., et al. v. City of Stockton, et al.,* Case No. 2:17-cv-02038 KJM DB, shall be consolidated for all purposes. The controlling case number shall be 2:17-cv-01648 KJM DB.

IT IS SO ORDERED.

DATED: March 22, 2018.

_____
UNITED STATES DISTRICT JUDGE

---

Order for Consolidation
Page 2