**JOHN L. BURRIS, Esq., SBN 69888**
**LATEEF H. GRAY, Esq., SBN 250055**
**LAW OFFICES OF JOHN L. BURRIS**
Airport Corporate Center
7677 Oakport St., Suite 1120
Oakland, CA 94621
Telephone: (510) 839-5200
Facsimile: (510) 839-3882
Email: John.Burris@johnburrislaw.com
Email: Lateef.Gray@johnburrislaw.com

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| L.F., A MINOR, BY AND THROUGH DANISHA BROWN, AND K.F., A MINOR, BY AND THROUGH DANISHA BROWN, <br><br> Plaintiffs, <br> vs. <br><br> CITY OF STOCKTON, STOCKTON POLICE DEPARTMENT ; ERIC T. JONES ; DAVID WELLS, et al., <br><br> Defendants. <br>_____ <br> M.C.F. by and through his Guardian Ad Litem ELIZABETH CASAS BAUTISTA, individually and as successor-in-interest to Decedent COLBY FRIDAY: K.S.F., by and through her Guardian Ad Litem ELIZABETH CASAS BAUTISTA, individually and as successor-in-interest to Decedent COLBY FRIDAY; THE ESTATE OF COLBY FRIDAY, by and through its personal representative DENISE FRIDAY HALL, <br><br> Plaintiffs, <br> v. <br><br> CITY OF STOCKTON, STOCKTON POLICE DEPARTMENT ; ERIC T. JONES; DAVID WELLS, et al., ) <br> Defendants. | Case No.: 2:17-cv-1648 KJM DB <br> Case No.: 2:17-cv-02038-KJM DB <br><br><br> PLAINTIFFS' PETITION TO APPOINT GUARDIAN AD LITEM AND PROPOSED ORDER <br><br> HON. JUDGE Kimberly J. Mueller |

Petition to Appoint Guardian Ad Litem

Petitioner DR. ARTHUR HALL respectfully represents:

1. I am the biological uncle of the decedent, Mr. Colby Friday, and the two minor children, M.C.F. and K.S.F.
2. I became involved in this matter at the request of minor Plaintiffs' M.C.F. and K.S.F attorneys, John L. Burris and Lateef H. Gray. I have become familiar with the facts of this case.
3. Plaintiffs' allege causes of action against the named defendants herein for violations of civil and constitutional rights.
4. Plaintiffs' causes of action arose out of the death of their biological father, Mr. Colby Friday, who was shot and killed by police officer David Wells, then employed by the City of Stockton and Stockton Police Department.
5. A previous petition for appointment of guardian ad litem has been filed in this matter.
6. The court previously appointed ELIZABETH CASAS BAUTISTA as guardian ad litem.
7. I am aware that ELIZABETH CASAS BAUTISTA is unwilling to continue to serve as the Plaintiffs' guardian ad litem.
8. I am prepared and willing to serve as guardian ad litem on this matter to facilitate the process for both the court and Plaintiffs' attorneys.
9. This petition was prepared by the Law Offices of John L. Burris, the lead counsel representing Plaintiffs in this action. Lateef H. Gray, Esq. of Law Offices of John L. Burris, also represents Plaintiffs and is in agreement with the terms of this Petition. John L. Burris, Esq. and Lateef H. Gray, Esq., hereby represent to the Court that they became involved in this case at the request of Plaintiffs, and have not received, and do not expect to receive, any compensation for their services in connection with this action from any person other than the parties whom they represent in this action.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: September 19, 2018

                                        /s/ Arthur Hall
                                        Dr. Arthur Hall

**ATTORNEY ATTESTATION**

I hereby attest that I have on file all holograph signatures for any signatures indicated by a conformed signature ("/s/") within this E-filed document.

Dated: October 10, 2018

/s/ Lateef H. Gray

**ORDER**

Plaintiffs' petition to relieve Elizabeth Bautista and appoint Dr. Arthur Hall as the guardian ad litem of M.C.F. and K.S.F. in the instant matter is hereby GRANTED.

IT IS SO ORDERED.

DATED: October 16, 2018.

_____
UNITED STATES DISTRICT JUDGE

Petition to Appoint Guardian Ad Litem