| | |
|---|---|
| 1 | **MAYALL, HURLEY, P.C.** |
| | A Professional Corporation |
| 2 | 2453 Grand Canal Boulevard, Second Floor |
| | Stockton, California 95207-8253 |
| 3 | Telephone (209) 477-3833 |
| | MARK E. BERRY, ESQ. |
| 4 | CA State Bar No. 155091 |

Attorneys for Defendants,
CITY OF STOCKTON;
STOCKTON POLICE DEPARTMENT;
ERIC T. JONES; and
DAVID WELLS

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| L.F., A MINOR, BY AND THROUGH DANISHA BROWN, AND K.F., A MINOR, BY AND THROUGH DANISHA BROWN, <br><br>Plaintiffs, <br><br>vs. <br><br>**CITY OF STOCKTON, STOCKTON POLICE DEPARTMENT ; ERIC T. JONES ; DAVID WELLS, et al.,** <br><br>Defendants. | No. 2:17-CV-01648-KJM-DB <br><br>**STIPULATION AND ORDER FOR PARTIAL MODIFICATION OF SCHEDULING ORDER** |
| **M.C.F., by and through his Guardian ad Litem ELIZABETH CASAS BAUTISTA, individually and as successor-in-interest to Decedent COLBY FRIDAY; K.S.F., by and through her Guardian ad Litem, ELIZABETH CASAS BAUTISTA, individually and as successor-in-interest to Decedent COLBY FRIDAY; THE ESTATE OF COLBY FRIDAY, by and through its personal representative DENISE FRIDAY HALL,** <br><br>Plaintiffs, <br><br>vs. <br><br>**CITY OF STOCKTON, STOCKTON POLICE DEPARTMENT ; ERIC T. JONES ; DAVID WELLS, et al.,** <br><br>Defendants. | No. 2:17-CV-02038-KJM-DB |

Pursuant to Federal Rules of Civil Procedure Rule 16(b)(4), and Section XI of the Status (Pre-trial) Scheduling Order issued by United States District Judge Kimberly J. Mueller on October 10, 2018 (the "Scheduling Order"), (ECF 37.) Plaintiff M.C.F., by and through his appointed Guardian ad Litem Dr. Arthur Hall- individually and as successor-in-interest to Decedent COLBY FRIDAY; K.S.F., by and through her Guardian ad Litem, Dr. Arthur Hall, individually and as successor-in-interest to Decedent COLBY FRIDAY; THE ESTATE OF COLBY FRIDAY, by and through its personal representative Denise Hall and Defendants, CITY OF STOCKTON; STOCKTON POLICE DEPARTMENT; ERIC T. JONES; and DAVID WELLS (collectively "Defendants"), by and through undersigned counsel, hereby jointly stipulate and move to modify the Scheduling Order for good cause as follows:

1. Pursuant to the Scheduling Order, the cut-off for general discovery is January 21, 2018. There is no trial date yet set in this matter.

2. The deposition of the minor plaintiffs' Guardian Ad Litem, Dr. Arthur Hall was originally scheduled for December 21, 2018.

3. At the request of the plaintiffs' attorney the deposition of Dr. Hall was continued to January 8, 2019.

4. On January 7, 2019 the plaintiffs' attorney advised the Dr. Hall was unavailable for his deposition and requested that it be reset.

5. After meet and confer efforts the deposition of Dr. Hall was again reset for February 1, 2019.

6. As a result of Dr. Hall's unavailability to present for his deposition until February 1, 2019 the parties request that the discovery closure date be extended to February 15, 2019.

7. This stipulation is intended to apply only to the portion of the case formally known as MCF v. City of Stockton Case No. 2:17-CV-02038-KJM-DB.

_____
STIPULATION FOR PARTIAL MODIFICATION OF SCHEDULING ORDER Page 2

IT IS RESPECTFULLY REQUESTED AND SO STIPULATED.

**LAW OFFICE OF JOHN L. BURRIS**

DATED: January 17, 2019  /s/ Lateef H. Gray, Esq (as authorized 1/17/19)
LATEEF H. GRAY, ESQ.
ATTORNEYS FOR PLAINTIFF

**MAYALL HURLEY PC**

DATED: January 17, 2019  /s/ Mark E. Berry, Esq.
MARK E. BERRY
ATTORNEYS FOR DEFENDANTS CITY OF STOCKTON; STOCKTON POLICE DEPARTMENT; ERIC T. JONES; and DAVID WELLS

_____
STIPULATION FOR PARTIAL MODIFICATION OF SCHEDULING ORDER  Page 3

# ORDER

The Court, having considered the parties' Joint Stipulation and Request to Modify Scheduling Order, and good cause appearing therefore, hereby modifies the Scheduling Order as follows:

| Event | Existing Date | New Date |
| --- | --- | --- |
| General Discovery Deadline | January 21, 2019 | February 15, 2019 |

Dated: January 21, 2019

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:6
DB\orders\orders.civil\l.f.1648.stip.sched.ord