**MAYALL, HURLEY, P.C.**
A Professional Corporation
2453 Grand Canal Boulevard, Second Floor
Stockton, California 95207-8253
Telephone (209) 477-3833
MARK E. BERRY, ESQ.
CA State Bar No. 155091
ANGELA C. RUSSELL, ESQ.
CA State Bar No. 314700

Attorneys for Defendants, CITY OF STOCKTON; STOCKTON POLICE DEPARTMENT; ERIC T. JONES; and DAVID WELLS

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| L.F., A MINOR, BY AND THROUGH DANISHA BROWN, AND K.F., A MINOR, BY AND THROUGH DANISHA BROWN,<br><br>　　　　　　Plaintiffs,<br>vs.<br><br>CITY OF STOCKTON, STOCKTON POLICE DEPARTMENT ; ERIC T. JONES ; DAVID WELLS, et al.,<br><br>　　　　　　Defendants. | No.  2:17-CV-01648-KJM-DB<br><br>**DEFENDANTS' NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT OR IN THE ALTERNATIVE FOR PARTIAL SUMMARY JUDGMENT [FRCP 56]**<br><br>DATE:     May 16, 2019<br>TIME:     10:00 a.m.<br>DEPT:     Courtroom 3, 15th Floor<br>JUDGE:  Hon. Kimberly J. Mueller |
| M.C.F., by and through his Guardian ad Litem ELIZABETH CASAS BAUTISTA, individually and as successor-in-interest to Decedent COLBY FRIDAY; K.S.F., by and through her Guardian ad Litem, ELIZABETH CASAS BAUTISTA, individually and as successor-in-interest to Decedent COLBY FRIDAY; THE ESTATE OF COLBY FRIDAY, by and through its personal representative DENISE FRIDAY HALL,<br><br>　　　　　　Plaintiffs,<br>vs.<br><br>CITY OF STOCKTON, STOCKTON POLICE DEPARTMENT ; ERIC T. JONES ; DAVID WELLS, et al.,<br>　　　　　　Defendants. | No.  2:17-CV-02038-KJM-DB |

---

Defendants' Memorandum of Points and Authorities In Support of Motion for Summary Judgment or, In the Alternative, Partial Summary Judgment

**NOTICE**

**TO: ALL PARTIES TO THE ABOVE-ENTITLED ACTION, AND TO THEIR ATTORNEYS OF RECORD:**

**NOTICE IS HEREBY GIVEN THAT,** on May 16, 2019 at 10:00 a.m., or as soon thereafter as this matter may be heard in Courtroom 3, 15th Floor, before the Honorable Kimberly J. Mueller, Defendants CITY OF STOCKTON, STOCKTON POLICE DEPARTMENT, ERIC T. JONES, and DAVID WELLS (collectively "Defendants") will and hereby do move this Court for an order entering judgment in their favor or, in the alternative, entering partial summary judgment in their favor pursuant toe Federal Rule of Civil Procedure 56.

This motion for summary judgment is made on the grounds that there exists no triable issue of material fact as to any claim by asserted by any of the Plaintiffs as against and of the Defendants, and that judgment should thus be entered in Defendant's favor as a matter of law as to all causes of action.

This motion is based upon this Notice of Motion and Motion, the Memorandum of Points and Authorities, Declaration of Mark E. Berry, Declaration of David Wells, Declaration of Detective Wesley A. Grinder, Declaration of Sergeant Mike Reynolds, Declaration of Kimberly Keane, Defendants' Evidence in Support of Summary Judgment or Partial Summary Judgment, the Separate Statement of Undisputed Material Facts, upon all pleadings and papers on file in this action, and finally, upon such other matters as may be presented to the Court, and argument, as the Court may entertain at the time of the hearing on this motion.

**WHEREFORE**, the moving Defendants respectfully request that the Court grant the instant motion, and order that judgment be entered in their favor, and against Plaintiffs in this action, or, in

/ / /
/ / /
/ / /
/ / /
/ / /

---

**Defendants' Notice of Motion and Motion for Summary Judgment or Partial Summary Judgment**
Page 1

the alternative, that the Court grant partial summary judgment by ordering the entry of judgment in favor of the Defendants as to such of the Plaintiffs' claims as it sees fit.

Dated: April 5, 2019                    MAYALL HURLEY P.C.

                                        By     /s/   MARK E. BERRY
                                               MARK E. BERRY
                                               Attorneys for Defendants CITY OF STOCKTON, STOCKTON POLICE DEPARTMENT, ERIC T. JONES, and DAVID WELLS

---

**Defendants' Memorandum of Points and Authorities in Support of Summary Judgment or Partial Summary Judgment**

Page 2