MAYALL, HURLEY, P.C.
A Professional Corporation
2453 Grand Canal Boulevard, Second Floor
Stockton, California 95207-8253
Telephone (209) 477-3833
MARK E. BERRY, ESQ.
CA State Bar No. 155091
JENNY D. BAYSINGER, ESQ
CA State Bar No. 251014
ANGELA C. RUSSELL, ESQ.
CA State Bar No. 314700

Attorneys for Defendants,
CITY OF STOCKTON;
STOCKTON POLICE DEPARTMENT;
ERIC T. JONES; and DAVID WELLS

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **L.F., A MINOR, BY AND THROUGH DANISHA BROWN, AND K.F., A MINOR, BY AND THROUGH DANISHA BROWN,**<br><br>**Plaintiffs,**<br>vs.<br><br>**CITY OF STOCKTON, STOCKTON POLICE DEPARTMENT ; ERIC T. JONES ; DAVID WELLS, et al.,**<br><br>**Defendants.** | Case No.: 2:17-CV-01648-KJM-DB<br><br>**NOTICE OF LODGING OF EXHIBITS**<br><br>Complaint Filed: August 8, 2017<br>Trial Date:       None Set |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

    Consistent with the Court's Order of May 2, 2019 (ECF No. 66), the defendants herein lodge the following exhibits previously identified in the Defendants' Evidence in Support of

---

NOTICE FOR APPEARANCE FOR DEFENDANTS, CITY OF STOCKTON; STOCKTON POLICE DEPARTMENT; ERIC T. JONES; and DAVID WELLS
Page 1 of 2

Motion for Summary Judgment (ECF No. 62-7) and originally lodged under seal (ECF No. 63) in Support of the Defendant's Motion for Summary Judgement (ECF No. 62).

| | |
|---|---|
| **B** | **Body Cam Video of Officer Wells ("Wells BC")** |
| **C** | **Body Cam Video of Officer Rust ("Rust BC")** |
| **S** | **Surveillance Video from 4707 Kentfield ("4707 Video")** |

Dated: May 8, 2019

MAYALL HURLEY, P.C.
/s/ MARK E. BERRY

Attorneys for CITY OF STOCKTON; STOCKTON POLICE DEPARTMENT; ERIC T. JONES; and DAVID WELLS