UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| L.F., et al.,<br><br>　　　　Plaintiffs,<br><br>vs.<br><br>CITY OF STOCKTON, et al.,<br><br>　　　　Defendants.<br>M.C.F., et al.,<br><br>　　　　Plaintiffs,<br><br>vs.<br><br>CITY OF STOCKTON, et al.,<br><br>　　　　Defendants. | Consolidated Case No. 2:17-cv-01648-KJM-DB<br><br>**ORDER GRANTING PLAINTIFF L.F. AND K.F.'S MOTION FOR MINORS' COMPROMISE** |

　　　　Pursuant to E.D. Cal. L.R. 202 and the Court's February 19, 2020, Bench Order (ECF No. 97), the Court GRANTS Plaintiffs L.F. and K.F.'s motion for approval of minors' compromise. The Court finds that the global settlement of $3,250,000—including the equal division of the global amount between the decedent's four children, L.F., K.F., M.C.F., and K.S.F. ($812,500 each)—is fair and reasonable.

1

As for Plaintiff L.F.'s portion of the settlement, the Court APPROVES the following distribution:

- $206,125.00 to the Law Office of Mark E. Merin, for attorney fees and costs; and
- $1,500.00 to Danisha Brown, on behalf of L.F., for foreign language tutoring and academic enrichment; and
- $604,875.00 payable to BHG Structured Settlements, Inc. to fund the obligation for periodic payments set forth in "Exhibit A" to Plaintiffs L.F. and K.F.'s "second supplemental statement in support of motion for minors' compromise," filed with the Court on February 24, 2021.

As for Plaintiff K.F.'s portion of the settlement, the Court APPROVES the following distribution:

- $206,125.00 to the Law Office of Mark E. Merin, for attorney fees and costs; and
- $1,500.00 to Danisha Brown, on behalf of K.F., for private music lessons, the purchase of a saxophone, the purchase of a laptop to use in writing music; and
- $604,875.00 payable to BHG Structured Settlements, Inc. to fund the obligation for periodic payments set forth in "Exhibit B" to Plaintiffs L.F. and K.F.'s "second supplemental statement in support of motion for minors' compromise," filed with the Court on February 24, 2021.

IT IS SO ORDERED.

DATED: February 25, 2021.

_____
CHIEF UNITED STATES DISTRICT JUDGE

2

**ORDER GRANTING PLAINTIFFS L.F. AND K.F.'S MOTION FOR APPROVAL OF MINORS' COMPROMISE**
*L.F. v. City of Stockton*, United States District Court, Eastern District of California, Consolidated Case No. 2:17-cv-01648-KJM-DB